Hattie Boucek, appellee, v. Frank Boucek, appellant. Gen. No. 28,517.

Commitment for nonpayment of money due under separate maintenance decree. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed. Opinion filed December 10, 1923.

Joseph J. Kroupa, for appellant. Frank M. Padden, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

Hattie Boucek, appellee, v. Frank Boucek, appellant. Gen. No. 28,518.

Commitment for nonpayment of money due under separate maintenance decree. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed. Opinion filed December 10, 1923.

Joseph J. Kroupa, for appellant. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.

Leonora Osborn, appellee, v. Emma Rearick, appellant. Gen. No. 28,527.

Forcible entry and detainer for possession of apartment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923. Rehearing denied December 24, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Clarence T. Morse, for appellant. Edward G. Berglund, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

J. A. Prince and H. F. Doerschner, copartners, trading as Prince Elevator Company, appellee, v. William Waller, Jr., appellant. Gen. No. 28,567.

Claim for services in repairing elevator. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank T. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

John A. Bloomingston, for appellant. Charles E. Carpenter, for appellee; Carpenter, Barnhardt & Reynolds, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

Sylvia Wolin, defendant in error, v. Jacob A. Lewitz, plaintiff in error. Gen. No. 28,276.

Claim for conversion of fur coat, left with furrier for storage and stolen from his vault. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed December 10, 1923.

John A. Bloomingston, for plaintiff in error. Henry and Robinson, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.